THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE PANTIEL, Appellant, v. WARDEN OF THE HOUSE OF DETENTION FOR WOMEN, His Agents, Servants,

Employees, or Whosoever Has Custody of ROSE PANTIEL, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.